NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLIGENT WELLHEAD SYSTEMS, INC.,**
*Appellant*

**v.**

**DOWNING WELLHEAD EQUIPMENT, LLC,**
*Appellee*

---

2025-2011

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00300.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    INTELLIGENT WELLHEAD SYSTEMS, INC. V. DOWNING
WELLHEAD EQUIPMENT, LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

December 15, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 15, 2025